

# Fourth Court of Appeals
## San Antonio, Texas

May 1, 2019

No. 04-18-00103-CV

**WESTWIND HOMES** d/b/a Westwind Development, G.P.-Laredo, LLC, and Centerpoint
Energy Resources Corp,
Appellants

v.

Fernando **RAMIREZ** and Minerva Ramirez,
Appellees

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2015CVT003262-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

## O R D E R

In response to this court's order dated April 18, 2019, appellants have filed written proof that the reporter's fee for preparing the reporter's record from a hearing held on September 28, 2017, has been paid. In her notification of late record, the court reporter responsible for preparing the record, Ms. Roxann G. Soto-Serna, stated she anticipated the record would be completed by May 22, 2019. It is therefore ORDERED that the reporter's record must be filed no later than May 22, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of May, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court